UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RABBI ALAM,

    Plaintiff,                                                     Case No. 25-10501
                                                                 Hon. Matthew F. Leitman
v.

LOUIS DEJOY, *et al.*,

    Defendants
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF No. 3) WITHOUT PREJUDICE

Plaintiff Rabbi Alam is an employee of the United States Postal Service. On February 20, 2025, Alam filed this employment discrimination action against Defendants Louis DeJoy, Postmaster General; the United States Postal Service; and Gina Houze, Postmaster. (*See* Compl., ECF No. 1.) Alam has also filed a motion for the appointment of counsel. (*See* Mot., ECF No. 3.)

There is no constitutional right to the appointment of counsel in civil cases, and the Court has broad discretion in determining whether counsel should be appointed in such cases. *See Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) ("[A]ppointment of counsel in a civil case is ... a matter within the discretion of the court. It is a privilege and not a right.") (internal quotation omitted). The Court has carefully reviewed Alam's motion, and it is not yet persuaded that the appointment of counsel is necessary or appropriate in this case.

1

Alam's motion for the appointment of counsel (ECF No. 3) is therefore **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126