UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RABBI ALAM,

      Plaintiff,

v.

      Case No. 25-cv-10501
      Hon. Matthew F. Leitman

LOUIS DeJOY, *et al.*,

      Defendants.

_____/

## ORDER DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On February 20, 2025, Plaintiff Rabbi Alam filed this action against Defendants Louis DeJoy, the United States Postal Service, and Gina Houze. (*See* Compl., ECF No. 1.) The Court has granted Alam *in forma pauperis* status (*see* Order, ECF No. 6), and, on February 25, 2025, the Court ordered Alam, by no later than March 11, 2025, to "complete and present to the Clerk's Office" a copy of the Complaint for each Defendant, two service forms for each Defendant, and three summonses for each Defendant. (*See* Order, ECF No. 7.) The Court needed these documents so that the United States Marshal could serve Defendants with service of process in this case.

Alam has not complied with the Court's February 25 order. Alam has not presented the required documents to the Clerk's Office. Nor has Alam contacted the Court to ask for additional time to complete and present those documents. This is

1

not a mere technical violation of the rules. Without these documents, the Court cannot serve the Defendants and proceed in this case.

Accordingly, because Alam has failed to comply with the Court's February 25 order to submit the required service documents, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126