UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RABBI ALAM,

      Plaintiff,

v.

LOUIS DeJOY, *et al.*,

      Defendants.
_____/

Case No. 25-cv-10501
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                  KINIKIA ESSIX
                                  CLERK OF COURT

                    By:    s/Holly A. Ryan
                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 1, 2025
Detroit, Michigan

1