UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RABBI ALAM, MD,

    Plaintiff,   Case No. 25-cv-10501
                Hon. Matthew F. Leitman

v.

LOUIS DEJOY, Post Master General, et al.,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANTS UNITED STATES POSTAL SERVICE AND GINA HOUZE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, Defendants United States Postal Service and Gina Houze are DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 21, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126